

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00245-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The Trial Court's Motion for Extension of Time to File Findings of Fact and Conclusions of Law is hereby GRANTED. Time is extended until February 17, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court